Barth, Receiver, Appellant, vs. Smith, Respondent.

*January 12 — March 20, 1900.*

*Barth v. Burnham, ante,* p. 548, followed.

Appeal from a judgment of the circuit court for Milwaukee county: D. H. Johnson, Circuit Judge. *Affirmed.*

Equitable action to determine the priority of attachment liens on real estate.

For the appellant there was a brief by *Winkler, Flanders, Smith, Bottum & Vilas,* counsel, and oral argument by *F. C. Winkler.*

For the respondent there was a brief by *Rogers & Mann,* attorneys, and *Quarles, Spence & Quarles,* of counsel, and oral argument by *Charles Quarles.*

The following opinion was filed February 2, 1900:

Marshall, J. The facts in this case are the same as in *Barth v. Burnham, ante,* p. 548, and the appeal is ruled in favor of the respondent by the decision in that case.

*By the Court.* — The judgment of the circuit court is affirmed.

A motion for rehearing was submitted on the brief of *Winkler, Flanders, Smith, Bottum & Vilas,* counsel, for the motion, and on that of *Charles Quarles,* of counsel, *contra.* The motion was denied March 20, 1900.